

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00702-CR

Jose Luis **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR0547
Honorable Ron Rangel, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED September 10, 2014.

Catherine Stone, Chief Justice